FILED
October 14, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TONY SEK MUN, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:10-cr-00443-JAM <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Tony Sek Mun</u> ; Case <u>2:10-cr-00443-JAM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_   Appearance Bond in the amount of <u>$100,000.00 ($25,000 to be secured by equity in property belonging to Ronnie Ma and the remainder to be unsecured as follows:  $25,000 co-signed by Tony Mun; $25,000 co-signed by Diane Truong and $25,000 co-signed by Gene Guon).</u>

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>10/14/10</u> at <u>3:40 pm</u>.

By _____
Kendall J. Newman
United States Magistrate Judge