HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
douglas_beevers@fd.org

Attorney for Defendant
TONY SEK MUN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00443-TLN-2 |
| Plaintiff, | STIPULATION AND (~~PROPOSED~~) ORDER TO EXONERATE PROPERTY BOND |
| v. | |
| TONY SEK MUN, | Judge:  Hon. Troy L. Nunley |
| Defendant. | |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, United States of America, and Defendant, TONY SEK MUN, that the $25,000 property bond posted to secure Mr. Mun's pretrial rerelease should be ordered exonerated and that the Clerk of the Court shall reconvey the real property securing the bond to the surety.

On October 14, 2010, the Court ordered Mr. Mun released on a $100,000.00 bond of which $25,000.00 shall be secured by equity in Mr. Ronnie Ma's residence and the remainder unsecured.  The collateral, DOT # 0006554195, was posted with the Clerk's Office on November 5, 2010 (Dkt #35) and remains in place.

On June 26, 2012, Mr. Mun entered a guilty plea to the Superseding Information. On September 19, 2013, the Court sentenced Mr. Mun to 7 months imprisonment, 7 months Home Detention, and Supervised Release for a term of 48 months. According to the BOP Inmate Locator, Mr. Mun was released on June 4, 2014.

The parties stipulate and agree that the bond secured by the real property of Mr. Mun should be exonerated and the property securing it reconveyed to the surety, Mr. Ronnie Ma.

Dated: August 26, 2016           Respectfully submitted,

                                 HEATHER E. WILLIAMS
                                 Federal Defender

                                 */s/ Douglas Beevers*
                                 DOUGLAS J. BEEVERS
                                 Assistant Federal Defender
                                 Attorney for TONY SEK MUN

Dated: August 26, 2016           PHILLIP A. TALBERT
                                 Acting United States Attorney

                                 */s/ Douglas Beevers with consent*
                                 RICHARD BENDER
                                 Assistant United States Attorney

**PROPOSED ORDER**

IT IS HEREBY ORDERED in case no. 2:10-cr-00443-TLN-2 that the $25,000 bond secured by property identified as DOT #0006554195 be exonerated and that the Clerk of the Court reconvey to the surety, Mr. Ronnie Ma, the real property that was posted as security in this case, free and clear of any federal lien.

Dated: August 26, 2016

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge